UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNDA D. BROWN, | |
|     Plaintiff, | Case No. 2:11-CV-01228-KJD-PAL |
| v. | **ORDER** |
| MTC FINANCIAL INC., *et al.*, | |
|     Defendants. | |

    On November 23, 2011, the Court granted (#21), in part, Defendant MTC Financial, Inc.'s motion to dismiss. The Court granted Plaintiff leave to amend some claims, but noted that survival of the action against all defendants required damages. The Court noted inconsistencies in Plaintiff's allegations and ordered Plaintiff to provide preliminary evidence of the value of the property that was foreclosed on, so that the Court could determine whether Plaintiff had raised issues requiring discovery into whether Plaintiff had been damaged by the alleged wrongful foreclosure. The Court warned Plaintiff that failure to respond would result in Plaintiff's complaint being dismissed. Plaintiff's response was due no later than December 14, 2011. However, Plaintiff has failed to file any response to the Court's order, including an amended complaint.

    Therefore, in accordance with the Court's prior order (#21), Plaintiff's complaint is dismissed with prejudice. Even if Plaintiff were to prove that she had been promised in writing that no

foreclosure actions would we taken without notice, in writing, to her, she has not sufficiently alleged that she was damaged by the foreclosure or that she was not sent written notice.  Therefore, the claims against MTC Financial and Ocwen must be dismissed.  Furthermore, since the Court has already held that Plaintiff failed to timely file her complaint to set aside the foreclosure, the action against Federal Home Loan Mortgage Corporation must be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED with prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

DATED this 28th day of December 2011.

_____
Kent J. Dawson
United States District Judge